Argued and submitted October 2, reversed and remanded for reconsideration November 8, 1995

In the Matter of the Guardianship of
Kayreen Donaldson, an Incapacitated Person.

Violet DONALDSON,
*Respondent,*

*v.*

Kayreen DONALDSON,
*Appellant.*

(51-94-04125; CA A86148)

904 P2d 659

Elizabeth Joffe argued the cause and filed the briefs for appellant.

Charles O. Porter argued the cause and filed the brief for respondent.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

**PER CURIAM**

In this guardianship matter, respondent agrees that the case should be remanded for reconsideration of all the issues, procedural and substantive. We remand the case to the trial court.

Reversed and remanded for reconsideration.